UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 3:24-CV-00127-WWB-JBT

ASHANTI THOMAS

Plaintiff,

V.

EXPERIAN INFORMATION SOLUTIONS INC,
EQUIFAX INFORMATION SERVICES LLC
TRANS UNION LLC AND AMERICOLLECT INC

Defendants.
_______________________________________/

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC**

Plaintiff Ashanti Thomas and Defendant Experian Information Solutions Inc submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]



LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: March 13, 2024

Respectfully Submitted,

/s/ Jennifer G. Simil .

**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 13, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/Jennifer G. Simil

**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195