**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ASHANTI THOMAS,

Plaintiff,

v. Case No.: 3:24-cv-127-WWB-JBT

TRANS UNION LLC and
AMERICOLLECT INC,

Defendants.
_______________________________/

# ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled as to Defendant Trans Union LLC. (Doc. 24 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Trans Union LLC are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Trans Union LLC as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on April 22, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record