**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No.: 3:24-cv-00127-WWB-JBT**

**ASHANTI THOMAS,**

**Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC, AND AMERICOLLECT INC.,**

**Defendants.**

_______________________________________/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICOLLECT INC.**

Plaintiff Ashanti Thomas and AmeriCollect Inc., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of Defendant AmeriCollect Inc. ("AmeriCollect") *only* in the above-styled action. Plaintiff and Defendant AmeriCollect shall each bear their own attorneys' fees and costs. This stipulation has been reviewed by all parties that have appeared.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*



LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: December 4, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No.: 112517
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661
469-578-1464
Email: Charlotte.Long@transunion.com

*Counsel for Defendant Trans Union LLC*

*/s/ Paige Vacante*
Paige Vacante, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive

Chicago, IL 60606-6448
312-460-5121
Email: pvacante@seyfarth.com

*Counsel for Defendant Equifax Information Services LLC*

*/s/ Christopher Walker*
**Christopher Walker**
Lippes Mathias Wexler Friedman LLP
10151 Deerwood Park Blvd.
Building 300
Suite 300
Jacksonville, FL 32256
904-660-0020
Fax: 904-660-0029
Email: cwalker@lippes.com

Counsel for Defendant AmeriCollect Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677