**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ASHANTI THOMAS,

Plaintiff,

v. Case No.: 3:24-cv-127-WWB-SJH

AMERICOLLECT INC,

Defendant.

---

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 46), filed December 4, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on December 5, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record